UNITED STATES DISRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

      vs.

MICHAEL ANGSTENBERGER

              DEFENDANT

_____

STATEMENT OF DEFENDANT WITH
RESPECT TO SENTENCING FACTORS
22 CR 186

Dominic Saraceno, affirms under penalty of perjury that:

1. I am a duly licensed attorney, admitted to practice in the Western District of New York.

2. I represent the defendant in the above-entitled action brought by the United States of America.

3. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.

4. In accordance with those rules, it is hereby stated on behalf of the defendant that I have reviewed the Presentence Report and have discussed the same with Michael Angstenberger. There are no statements, conclusions or other information contained in the report which the defendant disputes.

Dated: November 10, 2023

Respectfully Submitted,

s/ Dominic Saraceno

DOMINIC SARACENO, ESQ.
534 Delaware Avenue
Buffalo, New York 14202
(716)626-7007 (T)
(800)305-5836 (F)
saracenolaw@gmail.com